IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,                                           Case No.: 8:15-cv-02068-VMC-JSS

     Plaintiff,

v.

ST. JOSEPH'S HOSPITAL, INC.
d/b/a ST. JOSEPHH'S WOMEN'S
HOSPITAL,

     Defendants.
_____/

### DEFENDANT, ST. JOSEPH'S HOSPITAL, INC. d/b/a ST. JOSEPH'S WOMEN'S HOSPITAL'S THIRD MOTION TO DISMISS WITH PREJUDICE

Defendant, ST. JOSEPH'S HOSPITAL, INC. d/b/a ST. JOSEPH'S WOMEN'S HOSPITAL ("St. Joseph's"), by and through its undersigned counsel, hereby files this Third Motion to Dismiss with Prejudice, and states:

1. On September 8, 2015, Plaintiff filed his Complaint, initiating this lawsuit for alleged violations of the Telephone Consumer Protection Act ("TCPA") and the Florida Consumer Collection Practices Act ("FCCPA"). [*See* ECF No. 1].

2. Subsequently, on September 30, 2015, St. Joseph's moved to dismiss the Complaint on the ground that the Complaint was a shotgun pleading and failed to state a cause of action under the TCPA or the FCCPA. [ECF No. 7].

3. On November 24, 2015, the Court entered an Order granting St Joseph's Motion to Dismiss on the ground that the Complaint failed to state a cause of action for violation of the TCPA and failed to satisfy the basic pleading requirements. [ECF No. 15]. The Court further ordered that Plaintiff "may file an amended complaint on or before December 2, 2015." [*Id.*].

4. On December 4, 2015, after the expiration of the Court's December 2, 2015 deadline, Plaintiff filed his Motion for Extension of Time to File Amended Complaint. [ECF No. 18].

5. St. Joseph's opposed the Motion for Extension of Time as untimely and moved to dismiss this action with prejudice for the Plaintiff's failure to comply with the Court's November 24th Order. [ECF No. 20]

6. The Court granted Plaintiff's Motion for Extension of Time in part and ordered that "Plaintiff may file an amended complaint on or before December 10, 2015." [ECF No. 21].

7. The Plaintiff again failed to file his Amended Complaint or timely file a Motion for Extension of Time before the expiration of the December 10th Court ordered deadline.

8. On December 11, 2015, St. Joseph's renewed its Motion to Dismiss with Prejudice for the Plaintiff's continuing failure to comply with this Court's Orders and deadlines. [ECF No. 24.]

9. In response to the Defendant's renewed Motion to Dismiss, the Plaintiff filed a *Notice of Prepared Amended Complaint* seeking additional leave to file his Amended Complaint. [ECF No. 26].

10. The Court again granted Plaintiff leave to file his Amended Complaint ordering: "Although Defendant's Motion to Dismiss is well taken, the Court will nevertheless allow Plaintiff to *file* his Amended Complaint no later than December 14, 2015, by 10:00AM. The Court takes this opportunity to advise Plaintiff that ***further failure to comply with this Court's Orders may result in sanctions or dismissal of this action***. Accordingly, Defendant's Motion to Dismiss is denied." [ECF No. 27]. (Emphasis added).

11.     For the third time this month, the Plaintiff has failed to comply with this Court's Order, has failed to *file* a timely Amended Complaint, and has failed to file a timely motion for an extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

12.     This action should be dismissed with prejudice for the Plaintiff's repeated non-compliance with this Court's Orders. See *Thomas v. Brooksville Police Dep't.*, No. 8:07-cv-2196-T-24 TBM, 2008 WL 398948 (M.D. Fla. Feb. 12, 2008) (dismissing Complaint with prejudice for Plaintiff's failure to file Amended Complaint the day after the expiration of the Court ordered deadline).

**WHEREFORE**, Defendant, ST. JOSEPH'S HOSPITAL, INC. d/b/a ST. JOSEPH'S WOMEN'S HOSPITAL, respectfully requests this honorable Court to enter an Order dismissing this case with prejudice.

Respectfully submitted this 14th day of December, 2015.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail via the CM/ECF filing system of the Middle District Court of Florida, Tampa Division to W. John Gadd, Attorney for Plaintiff, John Gaza at wjg@mazgadd.com on this 11th day of December, 2015.

MACFARLANE FERGUSON & McMULLEN
P.O. Box 1669
Clearwater, FL 33757
Phone: 727-441-8966 / Fax: 727-442-8470
Attorneys for Defendant

/s/ Brian J. Aungst, Jr.
BRIAN J. AUNGST, JR., ESQ.
FBN: 0055347
Primary Email: bja@macfar.com
Secondary Email: ber@macfar.com