IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,                                                          Case No.: 8:15-cv-02068-VMC-JSS

      Plaintiff,

v.

ST. JOSEPH'S HOSPITAL, INC.
d/b/a ST. JOSEPHH'S WOMEN'S
HOSPITAL,

      Defendants.
_____/

## NOTICE OF CANCELLATION OF MEDIATION

Notice is given that the Mediation in this matter scheduled for Tuesday, January 12, 2016 at the offices of Macfarlane Ferguson & McMullen, P.A., 625 Court Street, Suite 200, Clearwater, Florida, 33756 is hereby cancelled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail via the CM/ECF filing system of the Middle District Court of Florida, Tampa Division to W. John Gadd, Attorney for Plaintiff, John Gaza at wjg@mazgadd.com on this 15th day of December, 2015.

                                        MACFARLANE FERGUSON & McMULLEN
                                        P.O. Box 1669
                                        Clearwater, FL  33757
                                        Phone: 727-441-8966 / Fax: 727-442-8470
                                        Attorneys for Defendant

                                        /s/ Brian J. Aungst, Jr.
                                        BRIAN J. AUNGST, JR., ESQ.
                                        FBN:  0055347
                                        Primary Email: bja@macfar.com
                                        Secondary Email: ber@macfar.com